UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-61204-CIV-DIMITROULEAS

STEPHEN A. KARAKIS,

    Plaintiff,

vs.

ARGENTINIAN GRILL, LLC, a Florida
limited liability company, d/b/a
ARGENTANGO GRILL, and GREAT
TEAM, LLC, a Florida limited liability
company,

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon the Plaintiff Stephen A. Karakis's Verified Motion for Fees and Costs [DE 16] and the Report and Recommendation of Magistrate Judge Lurana S. Snow, dated December 29, 2009 [DE 22].  The Court notes that no objections to the Report have been filed, and the time for filing such objections has passed.  As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion.  LoConte v. Dugger, 847 F.2d 745, 749-50 (11th Cir. 1988), cert. denied, 488 U.S. 958 (1988); RTC v. Hallmark Builders, Inc., 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises.  The Court agrees with the Magistrate Judge's conclusion that Magistrate Judge Snow that fees and costs sought by the Plaintiff should be reduced so that they reflect only what was expended against Defendant

Argentinian Grill, LLC, and that Plaintiff is due attorney's fees for 26.25 hours of work at $350 per hour, paralegal fees for 8.13 hours of work at $115 per hour, and $3,320.00 in costs.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [DE 22] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff Stephen A. Karakis's Verified Motion for Fees and Costs [DE 16] is hereby **GRANTED in part**;

3. Plaintiff Stephen A. Karakis shall recover from Defendant Argentinian Grill, LLC $10,122.45 in attorney's and paralegal's fees, and $3,320.00 in costs.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of January, 2010.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record

Argentinian Grill, LLC, d/b/a Argentango Grill
Registered Agent
CFRA, LLC
Corporate Center Three at Intl Plaza
4221 West Boy Scout Boulevard
Tampa, FL 33607-5736